# District Court Of Appeal Of The State Of Florida
## Fourth District

**MARY DEROVANESIAN,**
Appellant,

v.

**REFLECTIONS IN GOLD, INC., ET AL.,**
Appellees.

No. 4D22-1376

[January 5, 2023]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Carol Lisa Phillips, Judge; L.T. Case No. CACE16-21648.

Bart T. Heffernan, Fort Lauderdale, for appellant.

No brief filed on behalf of appellees.

PER CURIAM.

*Affirmed.*

MAY, DAMOORGIAN and KUNTZ, JJ., concur.

* * *

***Not final until disposition of timely filed motion for rehearing.***